# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM GOMEZ, | Case No.  1:26-cv-02403-KES-SAB |
| Plaintiff, | ORDER GRANTING JOHANNA P. FAY'S *PRO HAC VICE* APPLICATION |
| v. | (ECF No. 9) |
| CEA INDUSTRIES, INC., et al., | |
| Defendants. | |

Before the Court is the application of Johanna P. Fay's, attorney for CEA Industries, Inc., for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:    **April 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1