# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM GOMEZ,<br><br>     Plaintiff,<br><br>  v.<br><br>CEA INDUSTRIES, INC., et al.,<br><br>     Defendants. | Case No.  1:26-cv-02403-KES-SAB<br><br>ORDER GRANTING STEPHEN D. PALLEY'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 8) |

Before the Court is the application of Stephen D. Palley's, attorney for CEA Industries, Inc., for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **April 2, 2026**

                        STANLEY A. BOONE
                        United States Magistrate Judge