# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM GOMEZ,<br><br>     Plaintiff,<br><br>   v.<br><br>CEA INDUSTRIES, INC., et al.,<br><br>     Defendants. | Case No. 1:26-cv-02403-KES-SAB<br><br>ORDER RE STIPULATION TO AMEND BRIEFING SCHEDULE<br><br>(ECF No. 17) |

Before the Court is a stipulation by the parties regarding an extension of time for the parties to respond to Defendant's motion to dismiss. (ECF No. 17.) For good cause shown, the Court approves the stipulation and ORDERS that Plaintiff shall have through **May 8, 2026** to file an opposition and Defendants shall have through **May 29, 2026** to file its reply.

IT IS SO ORDERED.

Dated:   **April 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge