# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM GOMEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CEA INDUSTRIES, INC., et al.<br><br>　　　　Defendants. | Case No. 1:26-cv-02403-KES-SAB<br><br>ORDER RE: MOTION FOR ADMINISTRATIVE RELIEF<br><br>(ECF No. 26) |

On June 23, 2026, Defendant Hans Thomas filed a motion for administrative relief regarding the deadline by which he must answer or otherwise respond to the complaint. (ECF No. 26.) On June 24, 2026, the Court held a hearing on Defendant CEA Industries Inc.'s motion to dismiss. Counsel for Defendant Hans Thomas appeared, and the Court heard arguments from all parties regarding the motion for administrative relief. For the reasons stated on the record, the motion to dismiss is CONTINUED to **August 26, 2026 at 10:00 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone**. The parties are HEREBY ORDERED to meet and confer and file a stipulation setting forth a proposed briefing schedule within **five (5) days** of this Order. This Order TERMINATES ECF No. 26.

IT IS SO ORDERED.

Dated:　**June 24, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1