# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM GOMEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CEA INDUSTRIES, INC., et al.,<br><br>　　　　Defendants. | Case No.  1:26-cv-02403-KES-SAB<br><br>ORDER GRANTING MICHAEL E. SWARTZ'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 30) |

Before the Court is the application of Michael E. Swartz's, attorney for Defendant Hans Thomas, for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **June 26, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1