# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM GOMEZ,<br><br>   Plaintiff,<br><br>  v.<br><br>CEA INDUSTRIES, INC., et al.,<br><br>   Defendants. | Case No. 1:26-cv-02403-KES-SAB<br><br>ORDER REGARDING STIPULATION FOR BRIEFING SCHEDULE<br><br>(ECF No. 33) |

Before the Court is a stipulation from the parties regarding a briefing schedule on Defendant Han Thomas's forthcoming motion to dismiss. (ECF No. 33.) Pursuant to the terms of the stipulation, the Court ORDERS the following briefing schedule:

1. Defendant Thomas shall move to dismiss the complaint by **July 14, 2026**;

2. Plaintiff shall file any opposition to such motion by **August 6, 2026**; and

3. Defendant Thomas shall file any reply in support of his motion by **August 19, 2026**.

IT IS SO ORDERED.

Dated:  **June 30, 2026**             
               STANLEY A. BOONE
               United States Magistrate Judge