# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM GOMEZ,<br>Plaintiff,<br>v.<br>CEA INDUSTRIES, INC., et al.,<br>Defendants. | Case No. 1:26-cv-2403-KES-SAB<br><br>ORDER GRANTING MOTION TO AMEND CASE CAPTION AND UPDATE PARTY NAME<br><br>(ECF No. 48) |

The Court has considered Defendant BNB Standard Corporation's unopposed motion for administrative relief to amend the case caption and update its party name. The motion is HEREBY GRANTED. The Clerk of Court is DIRECTED to update the docket and caption to identify the corporate defendant as "BNB Standard Corporation (formerly known as CEA Industries, Inc.)." The prior name "CEA Industries, Inc." shall be retained as a former-name reference.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Future filings shall use the updated corporate designation. This order reflects a name change of the same legal entity; it does not add, substitute, or dismiss a party, alter any substantive allegation or deadline, or resolve any pending motion or defense, including the Company's objection to personal jurisdiction.

IT IS SO ORDERED.

Dated: **November 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge